■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD BAEZ, Appellant. [761 NYS2d 529] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered February 8, 2001, convicting him of murder in the second degree, robbery in the first degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was denied the effective assistance of counsel is without merit. The defendant received meaningful representation under the totality of the circumstances (*see People v Flores,* 84 NY2d 184, 187 [1994]; *People v Ellis,* 81 NY2d 854, 856 [1993]; *People v Baldi,* 54 NY2d 137 [1981]).

The defendant's remaining contentions are without merit. Feuerstein, J.P., Schmidt, Mastro and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BROOKS, Also Known as THEO AMES, Appellant. [762 NYS2d 262] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 5, 2001 (*People v Brooks,* 281 AD2d 428 [2001]), affirming a judgment of the Supreme Court, Queens County, rendered May 12, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Ritter, J.P., Altman, Goldstein and McGinity, JJ., concur.